469 A.2d 298

Commonwealth v. Mason, Appellant.

Petition for Allowance of Appeal
Denied Sept. 5, 1984.

Submitted September 28, 1983. Paul R. Gettleman, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before BROSKY, McEWEN and BECK, JJ.

The judgment of sentence of the learned Allegheny County Common Pleas Court Judge John W. O'Brien is affirmed.